354 F.2d 1006
 COMPANIA DE MOTONAVES COSTA RICA, Appellant,
v.
L. A. CABRERA & CO., Ltd., Appellee.
 No. 22599.
 United States Court of Appeals Fifth Circuit.
 Jan. 28, 1966.
 
 Appeals from the United States District Court for the Southern District of Florida; Emett C. Choate, Judge.
 Herbert Wall, Miami, Fla., Wall & Roth, Miami, Fla., for appellant.
 William C. Norwood, Miami, Fla., Fowler, White Gillen, Humkey & Trenam, Miami, Fla., of counsel, for appellee.
 Before GEWIN and BELL, Circuit Judges, and HUGHES, District Judge.
 PER CURIAM.
 
 
 1
 This appeal is dismissed as being both frivolous and moot and costs are taxed against appellant.